**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528

Telephone:
914-269-2530
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
email:hbbronson@bronsonlaw.net

October 5, 2022

Hon. Sean H. Lane
United States Bankruptcy Court
Southern District of NY
300 Quarropas Street
White Plains, NY 10601

  Re: **Meso Delray, LLC ("Debtor") case no.:22388 (SHL)**

Dear Judge Lane:

  This letter is being filed as the closing statement required by the sale order entered in this case at ECF Dkt. No.: 77 (the "Sale Order"), for the sale of Debtor's restaurant located at 900 E. Atlantic Avenue, Delray, FL 33483 (the "Restaurant"):

| | | |
|---|---:|---:|
| **Sale Price:** | $ | 2,350,000.00 |
| Security Deposit Reimbursement: | $ | 100,000.00 |
| Reimbursement for ½ September Rent | $ | 28,628.00 |
| Prepaid Flood Insurance | $ | 7,176.00 |
| Credit to Purchaser for insurance payment | $ | (3,337.00) |
| Amount held in Escrow as deposit | $ | (235,000.00) |
| Amount owed for balance of purchase price | $ | 2,247,467.00 |
| | | |
| Wire to Debtor from Wasserman, Esq. IOLA account-9/16/2022 | $ | 749,535.00 |
| Wire to Landlord as part of cure amount-9/15/2022 | $ | 371,328.67 |
| Wire to FVP from Wasserman-9/16/2022 | $ | 344,136.33 |
| Wire to FVP from Purchaser-9/19/2022 | $ | 300,000.00 |
| Wire to FVP-9/20/2022 | $ | 482,467.31 |
| | $ | 2,247,467.31 |
| | | |
| Net Amount in IOLA account of Debtor's counsel at closing | $ | 984,535.00 |
| Prakas brokerage fee | | ($141,000) |
| IFPS (insurance in accordance with so ordered stip | $ | (7,638.94) |
| Additional amount needed for Landlord Cure | $ | (21,695.13) |
| | $ | 814,200.93 |
| Escrow for Landlord | | ($171,000) |
| Balance in IOLA account after direct closing costs | $ | 643,200.93 |

**Bronson Law Offices, P.C.**  October 5, 2022

The secured creditor was paid a total of $1,126,603.60 and the Landlord was paid $393,023.80 as the total cure amount.

Very truly yours,  
/s/ *H. Bruce Bronson*  
H. Bruce Bronson

cc: U.S. Trustee